TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00605-CR

The State of Texas, Appellant

v.

Eric Michael Gregory, Appellee

FROM THE COUNTY COURT OF MILAM COUNTY

NO. 24,157, HONORABLE FRANK SUMMERS, JUDGE PRESIDING

PER CURIAM

The State's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, Yeakel and Patterson

Dismissed on State's Motion

Filed: February 10, 2000

Do Not Publish